840

No. 76–6646.   Freeman v. United States.   C. A. 3d Cir. Certiorari denied.

No. 76–6651.   Leonard v. Day, Warden, et al.   C. A. 10th Cir.   Certiorari denied.

No. 76–6652.   Sudler v. Delaware.   C. A. 3d Cir.   Certiorari denied.

No. 76–6654.   Masterson v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 76–6655.   Horger v. United States.   C. A. 4th Cir. Certiorari denied.

No. 76–6660.   Jones v. Henderson, Warden.   C. A. 5th Cir.   Certiorari denied.

No. 76–6661.   Dinsio v. United States District Court for the Central District of California.   C. A. 9th Cir. Certiorari denied.

No. 76–6665.   Prewitt v. United States.   C. A. 7th Cir. Certiorari denied.

No. 76–6666.   Morrison v. Sigler et al.   C. A. 10th Cir. Certiorari denied.

No. 76–6670.   Featherston v. Virginia.   Sup. Ct. Va. Certiorari denied.

No. 76–6673.   DiSilvestro v. Veterans' Administration. C. A. 2d Cir.   Certiorari denied.

No. 76–6678.   Wiggins v. California.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 76–6680.   Blackburn v. Perini, Correctional Superintendent.   C. A. 6th Cir.   Certiorari denied.